UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: Twin Cities Avanti Stores, L.L.C. | CASE NO |
| Debtor(s) | CHAPTER 11 |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is **412005308**.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is _____.

3. The following financial data is the latest available information and refers to the debtor's condition on **2/2/2003**.

    a. Total Assets            $45,688,388.00

    b. Total Liabilities        $52,037,666.00

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | $39,072,239.00 | 2 |
| Contingent secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | $13,605,420.00 | 300 |
| Contingent unsecured debt | $4,979,566.00 | 1 |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | 100 | 1 |

*Comments, if any*
Assets valued at book less depreciation. No separate listing of disputed debt.

4. Brief description of debtor's business:
    *Operates chain of convenience stores*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

IN RE:  Twin Cities Avanti Stores, L.L.C.                    CASE NO

                    Debtor(s)                                CHAPTER   11

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    *Roundtree Markets, Inc.*

6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

    *None*

---

I, the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date: 3/18/03            Signature: *[signed] P.A. Weber*
                                    **P.A. Weber**
                                    **President**