UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:  Twin Cities Avanti Stores, L.L.C.                                              CASE NO

            Debtor(s)                                              CHAPTER   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. Sec. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| MOBIL OIL CORP  MINNESOTA<br>PO BOX 75024<br>CHICAGO, IL  60675-5024 | 800-947-9147 | VENDOR | | $3,837,707.82 |
| MCLANE MIDWEST<br>111 W 5TH STREET<br>NORTHFIELD, MN  55057 | 800-851-8490 | VENDOR | | $2,665,130.06 |
| COCA COLA BOTTLING MIDWEST<br>SDS 12 1015<br>PO BOX 86<br>MINNEAPOLIS, MN  55486-1015 | 612-454-5460 | VENDOR | | $784,305.44 |
| MARIGOLD FOODS/OAK GROVE DAIRY<br>ATTN ASSOCIATE NO 1<br>LOCKBOX  NO 730105<br>DALLAS, TX  75373-0105 | 612-627-8797 | VENDOR | | $717,486.78 |
| AMERICAN SECURITY CORPORATION<br>SDS 12 0936<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-0936 | 651-644-1155 | VENDOR | | $325,918.20 |
| ORION FOOD SYSTEMS LLC<br>PO BOX 780<br>SIOUX FALLS, SC  57101 | 800-336-1307 | VENDOR | | $296,497.02 |
| PEPSI COLA  TWIN CITIES<br>PO BOX 75948<br>CHICAGO, IL  60675-5948 | 336-896-5775 | VENDOR | | $287,540.80 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:  Twin Cities Avanti Stores, L.L.C.                          CASE NO

                Debtor(s)                                           CHAPTER   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| TEXACO MINNESOTA TERMINALS SHELL SOLUTIONS BOX 674433 HOUSTON, TX 77267 | 866-447-4355 | VENDOR | | $255,680.90 |
| WAYNE TRANSPORTS INC NW 4575 BOX 1450 MINNEAPOLIS, MN 55485-1450 | 651-437-1104 | VENDOR | | $214,179.48 |
| VALLEY NEWS COMPANY 1305 STADIUM ROAD MANKATO, MN 56001 | 507-345-4819 | VENDOR | | $167,544.71 |
| EARTHGRAINS 7448 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | 877-233-5688 | VENDOR | | $162,746.76 |
| NU STAR INC 1425 STAGECOACH ROAD SHAKOPEE, MN 55379 | 952-445-8295 | VENDOR | | $142,624.81 |
| AMERICAN BOTTLING CO MID CONT PO BOX 643 DES MOINES, IA 50303 | 800-398-9448 | VENDOR | | $141,950.02 |
| OLD DUTCH FOODS INC 2375 TERMINAL ROAD PO BOX 64627 ST. PAUL, MN 55164-0627 | 651-633-8810 | VENDOR | | $109,722.71 |
| ET VIDEO INC 616 VELVET AVE PO BOX 327 COON RAPIDS, IA 50058 | 800-366-3884 | VENDOR | | $105,621.71 |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE: Twin Cities Avanti Stores, L.L.C.                    CASE NO

                Debtor(s)                                   CHAPTER   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| KRAFT FOODS PIZZA DIVISION<br>PO BOX 13412<br>NEWARK, NJ 07188-0412<br><br>800-708-5581 | | VENDOR | | $96,979.32 |
| DELI EXPRESS/EA SWEEN CO<br>16101 WEST 78TH STREET<br>EDEN PRAIRIE, MN 55344-5798<br><br>800-328-8184 | | VENDOR | | $95,761.90 |
| SUBURBAN LIGHTING, INC.<br>6077 LAKE ELMO AVE N<br>STILLWATER, MN 55082<br><br>651-439-7440 | | VENDOR | | $84,644.09 |
| STAR TRIBUNE<br>PO BOX 1265<br>MINNEAPOLIS, MN 55440<br><br>612-673-7277 | | VENDOR | | $81,557.98 |
| M AND D DISTRIBUTING, INC.<br>2367 UNIVERSITY AVENUE W<br>ST. PAUL, MN 55114<br><br>612-225-9622 | | VENDOR | | $79,328.46 |

I, the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 3/18/03

Signature: _____
P.A. Weber
President