UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| IN RE: | § | CHAPTER 11 |
|---|---|---|
| Twin Cities Avanti Stores, L.L.C. | § § § | |
| DEBTOR(S) | § | CASE NO |

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Roundtree Markets, Inc.<br>1111 Chapala Street, Suite 100<br>Santa Barbara, CA 93101 | Units | 100 | Equity |